JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RUIZ HERNANDEZ, | No. 2:24-cv-08812-CBM (KS) |
| Plaintiff, | **ORDER APPROVING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| Defendant(s). | Honorable Consuelo B. Marshall<br>United States District Judge |

1  Pursuant to this Stipulation filed by the parties, IT IS HEREBY ORDERED that
2  the above-captioned action shall be dismissed in its entirety with prejudice pursuant to
3  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each side to bear their
4  own costs, fees, and expenses.

Dated: February 5, 2025

_____
HONORABLE CONSUELO B. MARSHALL
United States District Judge

1